1  Mark F. Anderson (SBN 44787)
   Anderson, Ogilvie & Brewer LLP
2  600 California Street, 18th FL
   San Francisco, California 94108
3  Telephone:  (415) 651-1951
   Facsimile:   (415) 956-3233
4  Email: mark@aoblawyers.com

5  Attorney for Plaintiff Breeze D. Dake

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

| | |
|---|---|
| BREEZE D. DAKE,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIED COLLECTION SERVICES OF CALIFORNIA, LLC, et al.<br><br>    Defendants. | Case No.  CV 12-3263 PJH<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS TRANS UNION LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

      Plaintiff Breeze D. Dake, by counsel, and Defendants Trans Union, LLC and Experian Information Solutions, Inc., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's causes against Trans Union, LLC and against Experian Information Solutions, Inc., should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Date:  September 6, 2012.                              */s/ Mark F. Anderson*
                                                                           Mark F. Anderson
                                                                           Anderson, Ogilvie & Brewer, LLP
                                                                           600 California Street, 18th Floor
                                                                           San Francisco, CA  94108-2711
                                                                           Telephone:  415-651-1951
                                                                           Fax:  415-956-3233
                                                                           E-Mail:  mark@aoblawyers.com

                                                                           Counsel for Breeze Dake

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: September 6, 2012 | By  */s/ Laura K. Rang* |
| 3 | | Laura K. Rang  (IN #262389-49) |
| | | (admitted *Pro Hac Vice*) |
| 4 | | Schuckit & Associates, P.C. |
| | | 4545 Northwestern Drive |
| 5 | | Zionsville, IN  46077 |
| | | Telephone:  317-363-2400 |
| 6 | | Fax:  317-363-2257 |
| | | E-Mail:  lrang@schuckitlaw.com |
| 7 | | Lead Counsel for Defendant Trans Union, LLC |

Date: September 6, 2012

By *s/ Laura K. Rang*
Laura K. Rang (IN #262389-49)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: lrang@schuckitlaw.com

Lead Counsel for Defendant Trans Union, LLC

Dated: September 6, 2012

By */s/ Katherine A Klimkowski SBN 263099*
Katherine A. Klimkowski
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612
Telephone: 949-851-3939
Fax: 949-553-7539
Email: kaklimkowski@jonesday.com


Counsel for Defendant Experian Information Solutions, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC and Experian Information Solutions are dismissed with prejudice. The parties shall each bear their own costs and attorneys' fees.

Date: 9/7/12   _____

Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*